

**FILED**

AUG - 4 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| IN RE DISPOSITION OF INTERPLEADER FUNDS | CV 13-98-BLG-SEH |
|---|---|
| | ORDER FOR DISBURSEMENT |
| This Document Relates to All Actions | |

Pursuant to the Motion of the United States to Disburse Interest on Interpleader Funds, the reasoning set forth in this Court's Order for disbursement issued July 22, 2014 (Dkt. 66), and good cause appearing,

IT IS HEREBY ORDERED, that the Clerk of Court shall retain $19.70 from the $197.03 which is the interest earned on the money market accounts for the interplead funds in the consolidated cases, and that the remaining balance of $177.33 shall be disbursed in equal shares as follows:

1. The sum of $59.11 be applied by the Clerk of Court to restitution in *United States v. Patrick P. Davison,* CR 06-141, BLG; for distribution pursuant to the criminal judgment.

2. The sum of $59.11 shall be disbursed by the Clerk of Court in a check made jointly payable to David B. Rovig whose Social Security Number is XXX-XX-3956 and his counsel Alan L. Joscelyn, and sent to 33 Last Chance Gluch, P.O. Box 1715, Helena, MT 59624.

3. The sum of $59.11 shall be disbursed by the Clerk of Court in a check made payable to Vickie L. Davison whose Social Security Number is XXX-XX-9996 and her counsel of record Jeffrey A. Hunnes; whose Tax Identification Number is 81-XXXXXXX and sent to 175 North 27th Street, Suite 903, P.O. Box 1977, Billings, MT 59103. These amounts, at the Clerk's option may be included with the distribution set forth in this Court's Order, Dkt. 66.

**DATED** this 4th day of August, 2014.

SAM E. HADDON
U.S. District Court Judge